UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| J.W. and C.W., Individually and as Parents and Next Friends of K.W., A Minor, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN SCHOOL DISTRICT OF WARREN COUNTY and WABASH RIVER SPECIAL SERVICES COOPERATIVE, <br><br> Defendants. | Case No. 4:19-cv-00044-JVB-JPK |

**UNOPPOSED MOTION FOR PERMISSION TO FILE
ADMINISTRATIVE RECORD**

Come now Plaintiffs J.W. and C.W. as p/n/f of K.W. ("Plaintiffs" or "J.W." "C.W.") and move the Court to permit the parties to file the certified administrative record of this matter and state as follows:

1. This is a case brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§1400, et seq., and specifically §1415. The IDEA provides an administrative hearing process that parents and school districts can use when they are in dispute about a special education matter. This is often referred to as an "Article 7" hearing based on Indiana Code Article 7. After a hearing is completed, a party who prevailed at the hearing can only seek an award of attorneys' fees and permissible costs by filing in a court of competent jurisdiction. 20 U.S.C. 1415(i)(3) and see 511 IAC 7-45-11. The nature of this case is an attorneys' fee dispute.

2.     When a hearing is completed, there is an administrative record compiled, primarily through a system called "I-CHAMP." This is an electronic system operated by the Indiana Department of Education. Parties can file pleadings (complaints, answers, motions) and the assigned hearing officer can file orders in the system. It is similar to but less sophisticated than the Electronic Case Filing (ECF) system used in this Court.

3.     After an Article 7 hearing, if a party appeals or files an original action for attorneys' fees, the Court reviews the administrative record of the hearing and additional evidence, such as attorney fee statements, affidavits concerning attorneys' fees and any discovery that a party wishes to submit. 20 U.S.C. 1415(i)(3).

3.     In this case, there was an administrative Article 7 hearing which is identified as Article 7 HR -033-2019, involving *K.W. and the Metropolitan School District of Warren County and Wabash River Special Services Cooperative.* Because the student is a minor, K.W.'s initials are used; his parents, J.W. and C. W. are the Plaintiffs in this case, and in this Court seeks reasonable attorneys' fees and recoverable costs as a result of the hearing.

4.     The parties requested that the IDOE provide a copy of the certified administrative record to both parties. IDOE provided this on or about September 11, 2019 (the date on Dana Long's Affidavit), and in electronic format. IDOE's affidavit certifying the record is attached as <u>Exhibit A</u>.

5.     After receipt of the IDOE certified administrative record, and by agreement, Plaintiffs' counsel bate-stamped the certified administrative record for the convenience of the parties. Defendants' counsel has had the opportunity to review the bate-stamped certified administrative record and has no opposition to the entering of the administrative record.

5. The parties move the Court to allow them to file in the ECF system of this Court by no later than November 8th, 2019.

6. The parties request that the Court permit either party to file a motion to amend or correct any part of the certified administrative record by no later than November 20th, 2019.

7. The parties request that the Court permit either party to use the bate-stamp numbering for purposes of briefing before this Court.

8. Either party may submit additional evidence concerning attorneys' fees and recoverable costs (such as fee statements and affidavits).

**WHEREFORE**, the parties request the Court to permit the parties to file the IDOE certified administrative record.

Respectfully submitted this 28th day of October 2019.

/s/ Catherine M. Michael
Sonja D. Kerr, Bar #11993-49
Catherine Michael, Bar #22474-49
CONNELL MICHAEL KERR, LLP
Main Office:
550 Congressional Ave., Suite 115
Carmel, IN 46032
Ph: 317-343-4482
Email: sonja@cmklawfirm.com
Email: catherine@cmklawfirm.com
Austin Office:
9600 Great Hills Trail, Suite 150W
Austin, TX 78759
Ph: 512-637-1083
Fax: 512-717-5204
Email: sonja@cmklawfirm.com

Thomas W. Blessing Bar #15696-49
MASSILLAMANY JETER & CARSON
11650 Lantern Road, Suite 204
Fishers, IN 46038
Ph: 317-576-8580
Email: tom@mjcattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 28th day of October 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Sonja D. Kerr, via sonja@cmklawfirm.com
Catherine Michael, via catherine@cmklawfirm.com
Tom Blessing, via tom@mjcattorneys.com
Sara Blevins, via SBlevins@Lewis-Kappes.com
Monica Conrad, via MConrad@Lewis-Kappes.com

/s/ Catherine M. Michael